IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-PO-59 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| MR. MICHAEL JAGO, JR., | : | **ORDER** |
| Defendant. | : | |

The Motion of the Defendant, seeking an Order of the Court referring the Defendant to a Federal Medical Center to conduct a presentence study and report by the Bureau of Prisons pursuant to 18 U.S.C. § 3552 (b) is hereby granted. This Court finds that there are compelling reasons for the study to be done by the Bureau of Prisons based on the Defendant's mental health deterioration while being detained locally. The Defendant suffers from Post Traumatic Stress Disorder as the result of military combat, and this condition has been exacerbated by his incarceration in the Montgomery County Jail.

This Court refers the Defendant to a Federal Medical Center, pursuant to 18 U.S.C. § 3552(b) to conduct a psychological evaluation to determine his present mental condition, and to assist this Court in fashioning an appropriate sentence under 18 U.S.C. § 3553 in light of the defendant's mental condition.

                s/Sharon L. Ovington
                Sharon L. Ovington
                United States Magistrate Judge

September 10, 2012